UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO: WA:23-CR-00234(4)-ADA |
| (4) ROGELIO MARTINEZ | § § | |

### ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 10, 2025, wherein the defendant (4) ROGELIO MARTINEZ waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (4) ROGELIO MARTINEZ to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (4) ROGELIO MARTINEZ's plea of guilty to Counts One S (1s), Two S (2s) and Three S (3s) is accepted.

Signed this 24th day of June, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE